## Case 16-2019-CA-002479-XXXX-MA

| Department | Circuit Civil | Division | CV-H |
|---|---|---|---|
| Case Status | OPEN | File Date | 4/3/2019 10:51:02 AM |
| Judge Name | BLAZS, KEVIN | Officer | |
| Private Attorney | Mattox, Marie A | | |

### Parties

| Name / DOB / DL / ID # | Party Type Race / Sex | Address |
|---|---|---|
| CATRINA SMITH | PLAINTIFF U / | 203 NORTH GADSDEN STREET TALLAHASSEE, FL32301 |
| TARA HOLLOMAN | PLAINTIFF U / F | 203 NORTH GADSDEN STREET TALLAHASSEE, FL32301 |
| NATASHA MOSLEY | PLAINTIFF U / F | 203 NORTH GADSDEN STREET TALLAHASSEE, FL32301 |
| SOUTHERN BAPTIST HOSPITAL OF FLORIDA INC DBA BAPTIST MEDICAL CENTER JACKSONVILLE | DEFENDANT / B | 800 PRUDENTIAL DRIVE JACKSONVILLE, FL32307 |

### Attorneys

| Attorney | Address | For Parties |
|---|---|---|
| Mattox, Marie A Private Attorney (739685) | 203 N Gadsden St Tallahassee, FL32301-7637 | CATRINA SMITH (PLAINTIFF) |

### Fees

| Date | Description | Assessed | Paid | Balance |
|---|---|---|---|---|
| 04/03/2019 | SUMMONS($10/ea) 6/17/2017 | $10.00 | $10.00 | $0.00 |
| 04/03/2019 | CIR/GENERALCIVIL 3/1/2012 | $401.00 | $401.00 | $0.00 |

### Dockets

| Line / Document | Count | Effective Entered | Description | Pages | Image |
|---|---|---|---|---|---|
| 1 D5 | -- | 4/1/2019 4/3/2019 | CASE FEES PAID: $411.00 ON RECEIPT NUMBER 3411039 | 1 | Available Public access |
| 2 | -- | 4/1/2019 4/3/2019 | DEMAND FOR JURY TRIAL | | |
| 3 D1 | -- | 4/3/2019 4/3/2019 | COVER SHEET | 2 | Available |
| 4 D2 | -- | 4/3/2019 4/3/2019 | COMPLAINT/PETITION | 12 | Available |
| 5 D3 | -- | 4/3/2019 4/3/2019 | SUMMONS ISSUED /SOUTHERN BAPTIST HOSPITAL OF FLORIDA, INC. D/B/A BAPTIST MEDICAL CENTER JACKSONVILLE | 1 | Available |
| 6 | -- | 4/3/2019 4/3/2019 | DISCRIMINATION | | |
| 7 D7 | -- | 6/6/2019 6/7/2019 | RETURN OF SERVICE SOUTHERN BAPTIST HOSPITAL OF FLORIDA,INC S/B A BAPTIST MEDICAL CENTER JACKSONVILLE/GRANGER,HARVEY ON MAY 28 2019 @ 09:51 AM | 1 | Available |