

# RONNIE FUSSELL

## CLERK OF THE CIRCUIT AND COUNTY COURTS
## JACKSONVILLE, DUVAL COUNTY, FLORIDA

# RECEIPT
3411039

Printed On:
04/03/2019 02:31
Page 1 of 1

| Receipt Number: 3411039 - Date 04/03/2019  Time 2:30PM |||
|---|---|---|
| **Received of:** | Marie A. Mattox<br>310 East Bradford Road<br>Tallahassee, FL 32303 ||
| **Cashier Name:** | EFile | **Balance Owed:** 411.00 |
| **Cashier Location:** | E-Filing | **Total Amount Paid:** 411.00 |
| **Receipt ID:** | 6694901 | **Remaining Balance:** 0.00 |
| **Division:** | CV-H(Circuit) ||

| Case# 16-2019-CA-002479-XXXX-MA -- PLAINTIFF: SMITH, CATRINA ||||
|---|---|---|---|
| Item | Balance | Paid | Bal Remaining |
| Fees | 411.00 | 411.00 | 0.00 |
| **Case Total** | **411.00** | **411.00** | **0.00** |

| Payments |||
|---|---|---|
| Type | Ref# | Amount |
| EFILING | 24348369 | 411.00 |
| **Total Received** || **411.00** |
| **Total Paid** || **411.00** |

## The clerk of courts is here to help you.

| | |
|---|---|
| We can be found online at: | WWW.DUVALCLERK.COM |
| The main courthouse Location is: | Clerk of the Circuit and County Courts<br>**Duval County, Florida**<br>501 West Adams Street<br>Jacksonville, Florida 32202 |
| The main telephone number is: | 904-255-2000 |
| Other Locations: | **Neptune Beach Courthouse Annex**<br>1543 Atlantic Blvd<br>Neptune Beach, Florida 32266 |