# FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

## I.  CASE STYLE

IN THE CIRCUIT COURT OF THE <u>FOURTH</u> JUDICIAL CIRCUIT,
IN AND FOR <u>DUVAL</u> COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>CATRINA SMITH, TARA HOLLOMAN, NATASHA MOSLEY</u>
Plaintiff
  vs.
<u>SOUTHERN BAPTIST HOSPITAL OF FLORIDA INC dba BAPTI</u>
Defendant

## II.  TYPE OF CASE

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
    - ☐ Business governance
    - ☐ Business torts
    - ☐ Environmental/Toxic tort
    - ☐ Third party indemnification
    - ☐ Construction defect
    - ☐ Mass tort
    - ☐ Negligent security
    - ☐ Nursing home negligence
    - ☐ Premises liability – commercial
    - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
    - ☐ Commercial foreclosure $0 - $50,000
    - ☐ Commercial foreclosure $50,001 - $249,999
    - ☐ Commercial foreclosure $250,000 or more
    - ☐ Homestead residential foreclosure $0 – 50,000
    - ☐ Homestead residential foreclosure $50,001 - $249,999
    - ☐ Homestead residential foreclosure $250,000 or more
    - ☐ Non-homestead residential foreclosure $0 - $50,000
    - ☐ Non-homestead residential foreclosure $50,001 - $249,999
- ☐ Non-homestead residential foreclosure $250,00 or more
- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
    - ☐ Malpractice – business
    - ☐ Malpractice – medical
    - ☐ Malpractice – other professional
- ☒ Other
    - ☐ Antitrust/Trade Regulation
    - ☐ Business Transaction
    - ☐ Circuit Civil - Not Applicable
    - ☐ Constitutional challenge-statute or ordinance
    - ☐ Constitutional challenge-proposed amendment
    - ☐ Corporate Trusts
    - ☒ Discrimination-employment or other
    - ☐ Insurance claims
    - ☐ Intellectual property
    - ☐ Libel/Slander
    - ☐ Shareholder derivative action
    - ☐ Securities litigation
    - ☐ Trade secrets
    - ☐ Trust litigation

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.   Yes ☐   No ☒

**III.   REMEDIES SOUGHT** (check all that apply):
　　　☒   Monetary;
　　　☒   Non-monetary declaratory or injunctive relief;
　　　☒   Punitive

**IV.   NUMBER OF CAUSES OF ACTION: (   )**
(Specify)

　　　1

**V.   IS THIS CASE A CLASS ACTION LAWSUIT?**
　　　☐   Yes
　　　☒   No

**VI.   HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
　　　☒   No
　　　☐   Yes – If "yes" list all related cases by name, case number and court:

**VII.   IS JURY TRIAL DEMANDED IN COMPLAINT?**
　　　☒   Yes
　　　☐   No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature _s/ Marie A Mattox_      FL Bar No.: _739685_
　　　Attorney or party　　　　　　　　　　　　　　　　　　　　　　　(Bar number, if attorney)

　　　_Marie A Mattox_      _04/03/2019_
　　　(Type or print name)　　　　　　　　　　　　　　　　　　　　　　Date