# VERIFIED RETURN OF SERVICE

Job # J193854

**Client Info:**

MARIE MATTOX
203 NORTH GADSDEN STREET
Tallahassee, FL 32301

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:**<br>CATRINA SMITH ET. AL.<br>-versus-<br>**DEFENDANT:**<br>SOUTHERN BAPTIST HOSPITAL OF FLORIDA, INC. D/B/A BAPTIST MEDICAL CENTER JACKSONVILLE | CIRCUIT COURT<br>Court Division: CV-H<br><br>County of Duval, Florida<br>Court Case # **16-2019-CA-002479-XXXX-MA** |

**Service Info:**

Date Received by ACCURATE SERVE TALLAHASSEE: **5/28/2019** at **09:51 AM**
Service: I Served **SOUTHERN BAPTIST HOSPITAL OF FLORIDA, INC. D/B/A BAPTIST MEDICAL CENTER JACKSONVILLE; GRANGER, HARVEY**
With: **SUMMONS; COMPLAINT**
by leaving with **Karen Cody, SECRETARY**

At Business **841 PRUDENTIAL DRIVE, SUITE 1802 JACKSONVILLE, FL 32207**
On **5/30/2019** at **09:00 AM**
Manner of Service: **CORPORATE**
CORPORATE SERVICE: F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3)

I Michael Hackett acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Signature of Server:_____
**Michael Hackett**
**110**

**ACCURATE SERVE TALLAHASSEE**
400 Capital Circle SE, Suite 18291
Tallahassee, FL 32301

Client # T192609
Job # J193854




1 of 1